AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
GARETT BOX

James J. Arendt, Esq.     Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendant Porterville Unified School District

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRETT BOX,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>PORTERVILLE UNIFIED SCHOOL DISTRICT,<br><br>　　　Defendant. | CASE NO.  1:24-cv-01163-KES-SKO<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT TO REFLECT NOTICE PLEADING REQUIREMENTS**<br><br>**(Doc. 13)**<br><br>Action Filed: October 1, 2024 |

**STIPULATION**

Plaintiff GARRETT BOX ("Plaintiff") and Defendants PORTERVILLE UNIFIED SCHOOL DISTRICT ("Defendants") – Plaintiff and Defendant together the "Parties" - hereby stipulate and request that the Court allow Plaintiff to file a First Amended Complaint to provide notice of architectural barriers to access identified at the FRCP 34 site inspection of the property

that is the subject of this litigation.  The Parties stipulate for the following reasons:

1. The Partis completed a joint site inspection of the subject property on April 2, 2025.

2. During the site inspection, Plaintiff's access consultant identified several alleged architectural barriers to access at the subject premises.

3. FRCP Rule 8 requires that Plaintiff give Defendant adequate notice of architectural barriers to access.

4. The Parties desire to minimize litigation and attempt to facilitate resolution of Plaintiff's claims as to all parties.

5. Plaintiff's proposed First Amended Complaint is attached to this stipulation as Exhibit A.

6. The Parties therefore stipulate and request that the Court allow Plaintiff to file a First Amended Complaint which will be substantially similar to the existing complaint except that a revised paragraph 22 will incorporate pleading notice to Defendant for access barriers claimed by Plaintiff. The Parties jointly stipulate and request that the Court order the First Amended Complaint, attached as Exhibit A, to be filed and allow Defendants 21 days from the date the First Amended Complaint is filed to respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

Date:  April 30, 2025         CLEFTON DISABILITY LAW

　　　　　　　　　　　　　　　　  */s/ Aaron Clefton*
　　　　　　　　　　　　　　　　AARON CLEFTON, ESQ.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　GARETT BOX

Date:  April 30, 2025         WEAKLEY & ARENDT
　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　  */s/ Matthew Bunting*
　　　　　　　　　　　　　　　　JAMES J. ARENDT, ESQ.
　　　　　　　　　　　　　　　　MATTHEW P. BUNTING, ESQ.
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　PORTERVILLE UNIFIED SCHOOL DISTRICT

-- 3 --

**FILER'S ATTESTATION**

I attest that on April 30, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Matthew Bunting, Esq in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

**ORDER**

In view of the parties' foregoing stipulation (Doc. 13), and for good cause shown (*see* Fed. R. Civ. P. 15), IT IS HEREBY ORDERED that Plaintiff SHALL his First Amended Complaint, a redlined copy of which was filed with the parties' stipulation, **within five (5) calendar days of the date this Order is filed**. Defendant SHALL file a responsive pleading to the First Amended Complaint no later than twenty-one (21) days following the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **April 30, 2025**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE