AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
GARETT BOX

James J. Arendt, Esq.     Bar No. 142937
Penn Caine, Esq.          Bar No. 336737
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com

Attorneys for Defendant
PORTERVILLE UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT BOX,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PORTERVILLE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 1:24-cv-01163-KES-SKO<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>(Doc. 17) |

### STIPULATION

Plaintiff GARRETT BOX ("Plaintiff") and Defendant PORTERVILLE UNIFIED SCHOOL DISTRICT (Defendant), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Court continue the fact discovery cut-off from September 12, 2025, until December 19, 2025. The Parties stipulate for the following reasons:

　　　1.　　On January 28, 2025, the Court issued a scheduling order setting the fact

- 2 -

1     discovery cut-off for September 12, 2025.  Dkt. No. 12.

2. The Parties have diligently engaged in written discovery and held a site inspection. However, both Parties feel that they need more time to fully respond to written discovery and to resolve disputes in a timely manner should they arise.

3. The Parties are also in the process of scheduling a settlement conference in this matter with Judge Carolyn Delaney, who has agreed to supervise the settlement discussions and settlement conference.  The Parties would like to proceed with the settlement conference prior to completing the depositions in this case to save on attorneys' fees and costs. However, Judge Delaney is not available for a settlement conference until mid-September.

4. Both Parties agree that even if this matter does not settle in its entirety at the settlement conference, it will enable the Parties to narrow the issues which will decrease the number of necessary depositions and significantly streamline any necessary depositions.

5. Moving the fact discovery deadline to December 19, 2025, which is the same date as the cut-off for expert discovery, will not affect any other dates previously set by the Court's scheduling order.

6. Therefore, the Parties jointly stipulate and request that the Court continue the fact discovery deadline from September 12, 2025, to December 19, 2025.

**IT IS SO STIPULATED.**

Dated:  July 22, 2025                                                  CLEFTON DISABILITY LAW

                                                                          _/s/ Aaron Clefton_
                                                                  AARON CLEFTON, ESQ.
                                                                  Attorneys for Plaintiff
                                                                  GARETT BOX

Dated:  July 22, 2025                                                  WEAKLEY & ARENDT
                                                                 A Professional Corporation

                    /s/ *Penn Caine*
                    PENN CAINE, ESQ.
                    Attorneys for Defendant
                    PORTERVILLE UNIFIED SCHOOL DISTRICT

## ORDER

Based on the foregoing, the Court finds good cause to **ORDER** that the following dates set forth in in the January 28, 2025, Scheduling Order, (Doc. 12), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| EVENT | CURRENT DEADLINE | CONTINUED DEADLINE |
|---|---|---|
| Non-Expert Discovery Deadline | September 12, 2025 | December 19, 2025 |
| Expert Disclosures Deadline | October 10, 2025 | December 23, 2025 |
| Rebuttal Expert Disclosures Deadline | November 17, 2025 | December 31, 2025 |
| Expert Discovery Deadline | December 19, 2025 | January 7, 2026 |
| Non-Dispositive Motion Filing Deadline | January 12, 2026 | January 14, 2026 |
| Non-Dispositive Motion Hearing Deadline | February 18, 2026 | February 18, 2026 (*unchanged*) |
| Dispositive Motion Filing Deadline | January 16, 2026 | January 19, 2026 |
| Dispositive Motion Hearing Deadline | February 23, 2026 | February 23, 2026 (*unchanged*) |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. In addition, although the parties did not request an enlargement of the pretrial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

| | | |
|---|---|---|
| Pretrial Conference | June 22, 2026 | June 22, 2026 (*unchanged*) |
| Trial | August 18, 2026 | August 18, 2026 (*unchanged*) |

IT IS SO ORDERED.

Dated:   **July 24, 2025**               /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE