AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
GARETT BOX

James J. Arendt, Esq.          Bar No. 142937
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendant
PORTERVILLE UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT BOX,<br><br>    Plaintiff,<br><br>   vs.<br><br>PORTERVILLE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 1:24-cv-01163-KES-SKO\<br><br>**STIPULATION TO REQUEST REFERAL TO A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY; ORDER** |

## STIPULATION

Plaintiff GARRETT BOX ("Plaintiff") and Defendant PORTERVILLE UNIFIED SCHOOL DISTRICT (Defendant), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Court refer the Parties to a settlement conference with Magistrate Judge Carolyn K. Delaney.  This request is based on the following good cause:

1. The Parties have conducted some limited discovery in this matter, including a joint site inspection of the subject premises. The Parties believe that resolution of this matter would be accelerated with the assistance of a neutral settlement conference judge.

2. The Parties have met and conferred about selecting a magistrate judge as a neutral. They have contacted Magistrate Judge Delaney's chambers about their request. Magistrate Judge Delaney agreed to assist the parties in this manner and to hold a settlement conference on September 23, 2025, by Zoom starting at 9:30 am.

3. Therefore, Plaintiffs hereby stipulate and request, through their counsel, that this Court refer the Parties to Magistrate Judge Carolyn K. Delaney for a settlement conference on September 23, 2025, at 9:30 am. The settlement conference will be held via zoom.

**IT IS SO STIPULATED.**

Dated: July 31, 2025                           CLEFTON DISABILITY LAW

       */s/ Aaron Clefton*
AARON CLEFTON, ESQ.
Attorneys for Plaintiff
GARETT BOX

Dated: July 31, 2025                           WEAKLEY & ARENDT
A Professional Corporation

       */s/ Penn L. Caine*
JAMES J. ARENDT, ESQ.
PENN L. CAINE
Attorneys for Defendant
PORTERVILLE UNIFIED SCHOOL DISTRICT

**FILER'S ATTESTATION**

I attest that on July 31, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Penn L. Caine, Esq in the filing of this document.

                           */s/ Aaron Clefton*
Aaron Clefton

**<u>ORDER</u>**

Pursuant to the parties' stipulation, and for good cause shown, this case is referred to Magistrate Judge Carolyn K. Delaney for a Settlement Conference to be completed on September 23, 2025, at 9:30 am via Zoom.

IT IS SO ORDERED.

Dated:   July 31, 2025

_____
UNITED STATES DISTRICT JUDGE