1   AARON M. CLEFTON, Esq. (SBN 318680)
    **CLEFTON DISABILITY LAW**
2   2601 Blanding Ave, Suite C
    #336
3   Alameda, CA 94501
    Telephone: (510) 832-5001
4   info@cleftonlaw.com

5   Attorneys for Plaintiff
    GARETT BOX

6

7   James J. Arendt, Esq.        Bar No. 142937
    **WEAKLEY & ARENDT**
    A Professional Corporation
8   5200 N. Palm Avenue, Suite 211
    Fresno, California 93704
9   Telephone:  (559) 221-5256
    Facsimile:  (559) 221-5262
10  James@walaw-fresno.com

11

    Attorneys for Defendant
12  PORTERVILLE UNIFIED SCHOOL DISTRICT

13
                    UNITED STATES DISTRICT COURT
14                  EASTERN DISTRICT OF CALIFORNIA

15

16  GARRETT BOX,                        Case No. 1:24-cv-01163-KES-SKO
                                        Civil Rights
        Plaintiff,
17
                                        **STIPULATION AND ORDER TO
        vs.                             CONTINUE THE DEADLINE TO
18                                      DISMISS**

19  PORTERVILLE UNIFIED SCHOOL
    DISTRICT,                           Action Filed: October 1, 2024

20      Defendant.

21

22

23
                            **STIPULATION**
24
            Plaintiff GARRETT BOX ("Plaintiff") and Defendant PORTERVILLE UNIFIED
25
    SCHOOL DISTRICT (Defendant), (collectively, the "Parties"), by and through their respective
26
    counsel, hereby stipulate and request that the Court continue the deadline for the Parties to
27
    dismiss this matter from October 23, 2025, until November 30, 2025.  This request is based on
28
    the following good cause:

STIP AND [PROPOSED] ORDER TO CONT DEADLINE TO DISMISS
Case No. 1:24-cv-01163-KES-SKO

1.     The Parties participated in a Settlement Conference before Magistrate Judge Carolyn K. Delany on September 23, 2025. Dkt. No. 24.

2.     The case settled, and the Court Ordered the Parties to file dispositional documents by October 23, 2025. Dkt. No. 24.

3.     The Parties have worked diligently since the Settlement Conference to draft and execute the necessary settlement agreements. However, the Parties need more time to agree on language, execute the agreement, and effectuate settlement. There are also some issues regarding injunctive relief settlement that the Parties are trying to resolve themselves without Court intervention from Magistrate Judge Delaney.

4.     Therefore, the Parites hereby stipulate and request the Court continue the deadline for them to file dispositional documents until November 30, 2025.

**IT IS SO STIPULATED.**

Dated: October 23, 2025               CLEFTON DISABILITY LAW

                                   */s/ Aaron Clefton*
                              AARON CLEFTON, ESQ.
                              Attorneys for Plaintiff
                              GARETT BOX

Dated: October 23, 2025               WEAKLEY & ARENDT
                              A Professional Corporation

                                   */s/ Penn L. Caine*
                              JAMES J. ARENDT, ESQ.
                              PENN L. CAINE
                              Attorneys for Defendant
                              PORTERVILLE UNIFIED SCHOOL
                              DISTRICT

### FILER'S ATTESTATION

I attest that on October 23, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Penn L. Caine, Esq in the filing of this document.

                                 */s/ Aaron Clefton*
                              Aaron Clefton

- 2 -

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  The Parties shall file dispositional documents in this matter on or before November 30, 2025.

Dated:  October 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -