# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETT BOX,<br><br>                    Plaintiff,<br><br>      v.<br><br>PORTERSVILLE   UNIFIED   SCHOOL DISTRICT,<br><br><br>                    Defendant. | Case No.  1:24-cv-01163-KES-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 29) |

On January 13, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 29).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2026**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE